

|  | THE CITY OF NEW YORK |  |
|---|---|---|
| **JAMES E. JOHNSON**<br>*Corporation Counsel* | LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **MONALIZA SEEPERSAUD**<br>Assistant Corporation Counsel<br>Phone: 212-356-0839<br>Fax: 212-788-8877<br>E-mail: mseepers@law.nyc.gov |

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/25/2020
```

November 23, 2020

**By ECF**
Honorable Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street, Room 1960
New York, NY 10007

      Re:  O'Quinn v. Glinsky, et al.
            Docket No. 19-CV-09663 (LTS) (RWL)

Dear Judge Lehrburger:

      I am an Assistant Corporation Counsel in the Office of James E. Johnson, Corporation Counsel of the City of New York, attorney for Defendants in the above-referenced action. Defendants write to request that the Initial Pre-Trial Conference currently scheduled for December 3, 2020 be adjourned until after Defendants have responded to the Amended Complaint. Defendants' time to respond to the Amended Complaint is currently set for December 14, 2020, see Memo Endorsement, ECF Dkt. No. 18. This is Defendants' first request of an adjournment of the Initial Conference. Plaintiff consents to this adjournment.

      Plaintiff was a sanitation worker employed by the New York City Department of Sanitation ("DSNY"). Plaintiff commenced this action pro se under 42 U.S.C. §§ 2000e, et seq. ("Title VII"); 42 U.S.C. § 1981; 42 U.S.C. §§ 12101 et seq. ("ADA"); N.Y. Exec. Law §§ 290, et seq. ("SHRL"); and N.Y. City Admin. Code §§ 8-101, et seq. ("CHRL"), specifically alleging that he was discriminated against by Defendants on the basis of his race, color, and disability.

      Defendants request an adjournment of the Initial Pre-Trial Conference because they contemplate moving to dismiss the Amended Complaint, and are requesting that the Initial Pre-trial Conference be adjourned to some date after their December 14, 2020 response date. Some alternative dates when both parties are available are: December 30, 2020; January 7, 2021; January 14, 2021; and January 18, 2021.

Thank you for your consideration in this matter.

                                                                            Respectfully submitted,
                                                                                         /s/
                                                                           Monaliza Seepersaud
                                                                           Assistant Corporation Counsel

cc:    Carroll O'Quinn (By Email)
        Plaintiff Pro Se
        2506 Gilmore Street
        East Elmhurst, NY 11369
        (347) 693-2925
        mroquinn77@gmail.com

Denied; the conference will go forward as scheduled telephonically, The parties need not submit a case management plan in advance.

SO ORDERED:

11/25/2020

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

The Clerk's Office is directed to mail a copy of this Order to Plaintiff pro se and note service on the docket:

Carroll O'Quinn
2506 Gilmore Street
East Elmhurst, NY 11369