UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/3/2020
```

------------------------------------------------------------X

CARROLL O'QUINN,             :

                     :

            Plaintiff,   :           19-CV-9663 (LTS) (RWL)

                     :

      - against -      :          **<u>ORDER</u>**

                     :

ERICA GLINSKY, et al.,     :

                     :

         Defendants.   :

------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Pursuant to the Court's Order denying the parties' request to adjourn the December 3, 2020 conference (Dkt. 22), the Court held said conference as scheduled. Counsel for Defendants appeared; Mr. O'Quinn did not.  During the conference, the Court directed as follows:

1.      The parties shall meet and confer and fulfill their obligations under Rule 26(f) of the Federal Rules of Civil Procedure.  The parties shall submit their report and proposed scheduling order by **January 7, 2020**.

2.      Defendants shall file their motion to dismiss by **December 14, 2020**. Plaintiff shall file a response, if any, by **January 14, 2021**.  Defendants shall file a reply, if any, by **January 28, 2021**.

3.      A telephonic Status Conference will be held on **January 26, 2020** at **2:30 p.m.**  The parties shall call the teleconference line at **(888) 398-2342** and enter access code **9543348**.  The parties are instructed to review and adhere to Judge Lehrburger's individual rules and practices.

4.      In light of the current global health crisis, parties proceeding pro se are encouraged to submit all filings by email to Temporary_Pro_Se_Filing@nysd.uscourts.gov.    Instructions for filing by email are located at https://nysd.uscourts.gov/forms/instructions-filingdocuments-email.  **Pro se parties also are encouraged to consent to receive all court documents electronically.  A consent to electronic service form is attached to this Order and is available on the Court's website.**  Pro se parties who are unable to use email may submit documents by regular mail or in person at a drop box at one of the designated courthouse locations in Manhattan (500 Pearl Street) or White Plains (300 Quarropas Street).  For more information, including instructions on this new email service for pro se parties, please visit the Court's website at https://nysd.uscourts.gov.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: December 3, 2020
     New York, New York

Copies transmitted this date to all counsel of record.  The Clerk's Office is directed to mail a copy of this Order to Plaintiff pro se and note service on the docket:

     Carroll O'Quinn
     2506 Gilmore Street
     East Elmhurst, NY 11369

**United States District Court**
**Southern District of New York**
*Pro Se Office*

# Pro Se (Nonprisoner) Consent & Registration Form to Receive Documents Electronically

Parties who are not represented by an attorney and are not currently incarcerated may choose to receive documents in their cases electronically (by e-mail) instead of by regular mail. Receiving documents by regular mail is still an option, but if you would rather receive them only electronically, you must do the following:

1. Sign up for a PACER login and password by contacting PACER[1] at www.pacer.uscourts.gov or 1-800-676-6856;

2. Complete and sign this form.

If you consent to receive documents electronically, you will receive a Notice of Electronic Filing by e-mail each time a document is filed in your case. After receiving the notice, you are permitted one "free look" at the document by clicking on the hyperlinked document number in the e-mail. Once you click the hyperlink and access the document, you may not be able to access the document for free again. After 15 days, the hyperlink will no longer provide free access. Any time that the hyperlink is accessed after the first "free look" or the 15 days, you will be asked for a PACER login and may be charged to view the document. For this reason, *you should print or save the document during the "free look" to avoid future charges.*

## IMPORTANT NOTICE

Under Rule 5 of the Federal Rules of Civil Procedure, Local Civil Rule 5.2, and the Court's Electronic Case Filing Rules & Instructions, documents may be served by electronic means. If you register for electronic service:

1. You will no longer receive documents in the mail;

2. If you do not view and download your documents during your "free look" and within 15 days of when the court sends the e-mail notice, you will be charged for looking at the documents;

3. This service does *not* allow you to electronically file your documents;

4. It will be your duty to regularly review the docket sheet of the case.[2]

---

[1] Public Access to Court Electronic Records (PACER) (www.pacer.uscourts.gov) is an electronic public access service that allows users to obtain case and docket information from federal appellate, district, and bankruptcy courts, and the PACER Case Locator over the internet.

[2] The docket sheet is the official record of all filings in a case. You can view the docket sheet, including images of electronically filed documents, using PACER or you can use one of the public access computers available in the Clerk's Office at the Court.



**United States District Court**
**Southern District of New York**
*Pro Se Office*

## CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2. I have established a PACER account;

3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

**Note:** This consent will apply to all cases that you have filed in this court, so please list all of your pending and terminated cases. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

_____

_____

_____

Name (Last, First, MI)

_____

Address          City                 State              Zip Code

_____

Telephone Number               E-mail Address

_____

Date                           Signature

**Return completed form to:**

Pro Se Office (Room 200)
500 Pearl Street
New York, NY 10007