```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CARROLL O'QUINN,                               :
                                               :
                    Plaintiff,                 :
                                               :
           - against -                         :
                                               :
ERICA GLINSKY, et al.,                         :
                                               :
                    Defendants.                :
------------------------------------------------------------X
```

19-CV-9663 (LTS) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The telephonic Status Conference currently scheduled for January 26, 2021 at 2:30 p.m. is hereby rescheduled to **February 10, 2021** at **10:00 a.m.**

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: January 8, 2021
       New York, New York

Copies transmitted this date to all counsel of record and Plaintiff pro se via ECF.