```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/11/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CARROLL O'QUINN,

                Plaintiff,

    - against -

ERICA GLINSKY, et al.,

                Defendants.
------------------------------------------------------------X

19-CV-9663 (LTS) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    Discovery is hereby STAYED pending determination of Defendants' motion to dismiss. In the event Defendants' motion is denied in whole or in part, the parties shall submit a proposed case management plan and schedule within 21 days of that decision. Plaintiff, and Defendants, preserve all rights concerning discovery, amendment, and otherwise.

                                  SO ORDERED.

                                  _____
                                  ROBERT W. LEHRBURGER
                                  UNITED STATES MAGISTRATE JUDGE

Dated: February 11, 2021
       New York, New York

Copies transmitted this date to all counsel of record and Plaintiff pro se via ECF.