```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CARROLL O'QUINN,                                            :
                                                            :      19-CV-9663 (LTS) (RWL)
                         Plaintiff,                         :
                                                            :
        - against -                                         :      ORDER
                                                            :
ERICA GLINSKY, et al.,                                      :
                                                            :
                         Defendant.                         :
                                                            :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Discovery in this action was stayed pending determination of Defendants' motion to dismiss. That motion has been resolved, having been granted in part and denied in part. Accordingly, the stay is lifted. By **October 20, 2021**, the parties shall file a letter (a) proposing a revised pretrial schedule; (b) stating whether the parties would like to hold a settlement conference or be referred to mediation; and (c) identifying any issues requiring the Court's attention

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 28, 2021
       New York, New York

Copies transmitted this date to all counsel of record. The Clerk's Office is directed to mail a copy of this Order to Plaintiff pro se and note service on the docket:

Carroll O'Quinn
2506 Gilmore Street
East Elmhurst, NY 11369

1