```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/22/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CARROLL O'QUINN,

                        Plaintiff,

        - against -

ERICA GLINSKY, et al.,

                        Defendant.
-------------------------------------------------------------X

19-CV-9663 (LTS) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      By order dated September 28, 2021, the parties were required to file, by October 20, 2021, a letter (a) proposing a revised pretrial schedule; (b) stating whether the parties would like to hold a settlement conference or be referred to mediation; and (c) identifying any issues requiring the Court's attention. The docket does not reflect any letter being filed. Accordingly, the parties shall file the letter no later than **October 28, 2021**. Failure to comply may result in sanctions.

                                          SO ORDERED.

                                          _____
                                          ROBERT W. LEHRBURGER
                                          UNITED STATES MAGISTRATE JUDGE

Dated: October 22, 2021
        New York, New York

Copies transmitted this date to all counsel of record. The Clerk's Office is directed to mail a copy of this Order to Plaintiff pro se and note service on the docket:

Carroll O'Quinn
2506 Gilmore Street

East Elmhurst, NY 11369