```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/25/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CARROLL O'QUINN,

                            Plaintiff,

          - against -

ERICA GLINSKY, et al.,

                            Defendant.
-----------------------------------------------------------X

19-CV-9663 (LTS) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Based on the representations made in defense counsel's letter dated March 24, 2022 (Dkt. 63), it is hereby ORDERED that:

      1.  Plaintiff currently is proceeding in this case pro se.  Unless and until he is represented by counsel who puts in a formal appearance in the case, Plaintiff must continue to prosecute his case and comply with all deadlines.  Failure to do so will result in dismissal of the case for failure to prosecute.

      2.  Unless and until counsel for Plaintiff puts in an appearance or instructs defense counsel otherwise, defense counsel may communicate directly with Plaintiff.

      3.  No later than **April 5, 2022**, Plaintiff must provide defense counsel with three dates prior to April 30, 2022 when Plaintiff is available to be deposed.

      4.  No later than **April 5, 2022**, Plaintiff must respond to all outstanding discovery requests issued to him.

      5.  Discovery is extended until **May 11, 2022**.

      Failure to comply with this order may result in sanctions, including dismissal of the case.

1

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: March 25, 2022
      New York, New York

Copies transmitted this date to all counsel of record.  The Clerk's Office is respectfully directed to mail a copy of this Order to Plaintiff pro se and note service on the docket:

Carroll O'Quinn
2506 Gilmore Street
East Elmhurst, NY 11369