UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARROLL O'QUINN,<br><br>                              Plaintiff,<br><br>-against-<br><br>ERICA GLINSKY; NEW YORK CITY DEPARTMENT OF SANITATION; CITY OF NEW YORK; CHIEF HANCOCK,<br><br>                              Defendants. | **ORDER AMENDING CAPTION**<br><br>19-CV-09663 (LTS) (RWL) |

In accordance with this Court's September 27, 2021 decision all claims in the above captioned action asserted against the New York City Department of Sanitation and Chief Hancock have been dismissed with prejudice;

The parties having stipulated to the dismissal with prejudice of all claims in the above captioned action asserted against Erica Glinsky; and

Upon the application of defendant City of New York for an Order directing that the caption in this action be amended to indicate that the City of New York is the sole remaining defendant, and plaintiff having no objection to the application;

**IT IS HEREBY ORDERED** that the caption in this action be amended to reflect that the City of New York is the sole remaining defendant and to delete the names of defendants New York City Department of Sanitation, and Chief Hancock, already dismissed from this action, and that the caption shall not include the name of Erica Glinsky, against whom plaintiff has withdrawn all claims; and

IT IS FURTHER ORDERED that the Clerk of the Court shall amend the Court's files in accordance with this Order.

Dated:   New York, New York
         December 7, 2023

**Bradley R. Niederschulte**
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
(212) 474-1498
Bniederschulte@cravath.com
Attorneys for Plaintiff

By: /s/ Bradley R. Niederschulte
    Bradley R. Niederschulte

**HON. SYLVIA O. HINDS-RADIX**
Corporation Counsel of the
   City of New York
Attorney for the Defendants
100 Church Street, Room 2-190
New York, New York 10007
(212) 356-2433
dsulliva@law.nyc.gov

By: Donald C. Sullivan
    Donald C. Sullivan

SO ORDERED:

12/12/2023
Date

/s/ Laura Taylor Swain
U.S.D.J.