# MEMO ENDORSED

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Carroll O'Quinn
(List the full name(s) of the plaintiff(s)/petitioner(s).)

19 CV 9663 ( )( )

-against-

**MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL**

City of NY (DSNY)
(List the full name(s) of the defendant(s)/respondent(s).)

I move under Rule 4(a)(5) of the Federal Rules of Appellate Procedure for an extension of time to file a notice of appeal in this action. I would like to appeal the judgment entered in this action on 3/31/25 date but did not file a notice of appeal within the required time period because:

I have been trying to Navigate the process pro se so it took some phone calls.

(Explain here the excusable neglect or good cause that led to your failure to file a timely notice of appeal.)

Dated: 4/30/25

Signature: [signed]

Name (Last, First, MI): O'Quinn Carroll

Address: 540 86th Street
City: Brooklyn
State: NY
Zip Code: 11209

Telephone Number: 929 210 1744
E-mail Address: MROQUINN77@gmail.com

Rev. 3/27/15

The foregoing request is denied as moot. An extension is unnecessary because plaintiff has already timely filed the notice of appeal. (See DE # 126.) DE # 125 is resolved.
SO ORDERED.
5/2/2025
/s/ Laura Taylor Swain, Chief USDJ